United States District Court
Southern District of Texas
**ENTERED**
October 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RAPID-TORC, INC., | § | |
| | § | |
| Debtor | § | CIVIL ACTION NO. H-15-377 |
| | § | |
| DYNAMIC TOOLS, INC., | § | |
| | § | |
| Appellant. | § | |
| | § | |
| VS. | § | |
| | § | |
| ATLAS COPCO TOOLS AND | § | |
| ASSEMBLY SYSTEMS, LLC. | § | |
| LLC, | § | |
| | § | |
| Appellee. | § | |

# ORDER

As explained in the accompanying Memorandum and Opinion, the bankruptcy court's order adjudicating the merits of the New Jersey suit and enjoining Hytorc from continuing to litigate that action in New Jersey is reversed. The bankruptcy court's injunction prohibiting Hytorc from prosecuting its claims against Triad and Nazareth in the New Jersey court is vacated. Hytorc may continue to pursue that suit in New Jersey. Atlas's motion to enforce is denied. This civil action is closed. The appeal is dismissed.

SIGNED on September 30, 2016 at Houston, Texas.

Lee H. Rosenthal
United States District Judge